Priority  ✓
Send
Enter  ✓
Closed  ✓
JS-5/JS-6  ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL -9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SHEPPHERD, | Case No. CV 07-1698-JVS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    7·7·08

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SHEPPHERD, V 1698\Judgment.wpd